IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-02013-WYD-CBS

QFA ROYALTIES LLC, a Delaware limited liability company; and
QIP HOLDER LLC, a Delaware limited liability company,

    Plaintiffs,

v.

SIAMAK ABRISHAMI, individually;
AFSANEH DARVISH, individually; and
SM-AS MANAGEMENT, INC., a California corporation,

    Defendants.

## ORDER OF DISMISSAL

In accordance with the Notice of Voluntary Dismissal (filed September 8, 2009), it is

ORDERED that this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:  September 9, 2009

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          Chief United States District Judge